# Court of Appeals
## Tenth Appellate District of Texas

---

### 10-24-00351-CR

---

James Robert Bolton,
Appellant

v.

The State of Texas,
Appellee

---

On appeal from the
52nd District Court of Coryell County, Texas
Judge Trent D. Farrell, presiding
Trial Court Cause No. 22-27388

---

JUSTICE SMITH delivered the opinion of the Court.

### MEMORANDUM OPINION

James Robert Bolton pled "not true" to the sole violation alleged by the State in its first amended motion to revoke his community supervision for the third-degree felony offense of assault family violence by occlusion. *See* TEX. PENAL CODE ANN. § 22.01(b)(2)(B). After a contested hearing on the motion, the trial court revoked Bolton's community supervision and sentenced him to

six years in prison. This appeal followed. We affirm the judgment of the trial court.

Bolton's court-appointed counsel filed a motion to withdraw and an *Anders* brief in support of the motion asserting that he has diligently reviewed the appellate record and that, in his opinion, the appeal is frivolous. *See Anders v. California*, 386 U.S. 738, 87 S. Ct. 1396, 18 L. Ed. 2d 493 (1967). Counsel's brief evidences a professional evaluation of the record for error and compliance with the other duties of appointed counsel. We conclude that counsel has performed the duties required of appointed counsel. *See id.* at 744, 87 S. Ct. at 1400; *High v. State*, 573 S.W.2d 807, 812-13 (Tex. Crim. App. [Panel Op.] 1978); *see also Kelly v. State*, 436 S.W.3d 313, 319-20 (Tex. Crim. App. 2014); *In re Schulman*, 252 S.W.3d 403, 407-09 (Tex. Crim. App. 2008). By letter, we informed Bolton of his right to review the appellate record and to file a *pro se* response. Bolton did not file a *pro se* response.

In reviewing an *Anders* appeal, we must, "after a full examination of all the proceedings, ... decide whether the case is wholly frivolous." *Anders*, 386 U.S. at 744; *see Penson v. Ohio*, 488 U.S. 75, 80, 109 S. Ct. 346, 102 L. Ed. 2d 300 (1988); *accord Stafford v. State*, 813 S.W.2d 503, 509-11 (Tex. Crim. App. 1991). An appeal is "wholly frivolous" or "without merit" when it "lacks any basis in law or fact." *McCoy v. Court of Appeals*, 486 U.S. 429, 439 n. 10, 108

S. Ct. 1895, 100 L. Ed. 2d 440 (1988). After a review of the entire record in this appeal, we have determined the appeal to be wholly frivolous. *See Bledsoe v. State*, 178 S.W.3d 824, 826-27 (Tex. Crim. App. 2005). Accordingly, we affirm the judgment of the trial court.

Counsel's motion to withdraw from representation of Bolton is granted.

STEVE SMITH
Justice

OPINION DELIVERED and FILED: May 1, 2025

Before Chief Justice Johnson,
      Justice Smith, and
      Justice Harris
Affirmed; Motion Granted
Do not publish
CR25

